BERNARD MECHLER and Another, Appellants, v. FRANK DEHN and Another,

Respondents.— Motion to dismiss appeal denied, without costs. The exhibits are not necessary for settlement of a proposed case on appeal. If the respondents desire to retain possession of their exhibits they should furnish copies thereof to the appellants. The proposed case on appeal should be served within ten days and copies of the exhibits furnished in the same time. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ. Settle order before Mr. Justice Jaycox.